# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

No. 1D18-3754

—————————————

OLIVER THAMES,

    Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Respondent.

—————————————

Petition for Writ of Certiorari—Original Jurisdiction.

May 31, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, KELSEY, and WINOKUR, JJ., concur.

—————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————

Oliver Thames, pro se, Petitioner.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.